```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,              :
                                       :           ORDER
         -v-                           :
                                       :
THOMAS SANTOS,                         :        20-CR-0481 (ER)
ADREAN COOMBS,                         :
JEFFREY GUZMAN, and                    :
VICTOR DEL VALLE,                      :
                                       :
                    Defendants.        :
------------------------------------------------------------ X
```

Ramos, D.J.:

The telephonic status conference previously scheduled for 11:00 a.m on December 18, 2020 is hereby **rescheduled for 9:00 a.m. on December 18, 2020.**

Counsel should call **(877) 411-9748** and use access code **3029857#**.  (Members of the press and public may call the same number, but will not be permitted to speak during the conference.)

SO ORDERED.

Dated: December 11, 2020
       New York, New York

_____
Edgardo Ramos, U.S.D.J.