**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

## MEMO ENDORSED

January 11, 2021

*VIA ECF*
Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United State Courthouse
40 Foley Square
New York, New York 10007

The application is __X__ granted
               ____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: ___1/13/2021___
New York, New York

RE:   *United States v. Thomas Santos*
      *1:20-CR-00481-ER-1*

Honorable Ramos;

    I, Dawn M. Florio, attorney at law, represent Thomas Santos on the above case matter. I am requesting that Thomas Santos be allowed to move from his current residence in New York with his Mother in Law to an apartment in New York. Mr. Santos takes care of his two young children. Pretrial Officer Bernisa Mejia has the new address in New York.

    I have spoken to AUSA Elizabeth Espinosa, who defers to pretrial and Pretrial Service Officer Bernisa Mejia and New Jersey Pretrial Officer Luis Baez do not object to this request.

    I am requesting that this application be acknowledged and considered, so he can relocate immediately.

                                              Sincerely,

                                              Dawn M. Florio

                                              Dawn M. Florio, Esq.

CC:   AUSA Elizabeth Espinosa
      Pretrial Bernisa Mejia
      Pretrial Luis Baez