

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

## MEMO ENDORSED

May 25, 2021

> The request for an adjournment is granted. The status conference is rescheduled to July 15, 2021 at 3:30 p.m. The parties are directed to call (877) 411-9748 at that time and enter the access code 3029857, followed by the pound (#) sign when prompted. Speedy trial time is excluded from May 28, 2021, until July 15, 2021, in the interest of justice.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: 05/26/2021
> New York, New York

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Santos, et al.*, 20 Cr. 481 (ER)

Dear Judge Ramos:

The Government writes to respectfully request, with consent from counsel for all defendants, that the status conference currently scheduled for May 28, 2021, be adjourned for a period of forty-five (45) days. The adjournment will permit defense counsel to continue to review discovery and consider what, if any motions are to be made, and also will allow the parties to engage in further discussions regarding potential pretrial resolutions in this matter.

For similar reasons, should the Court grant the adjournment, the Government further requests that time be excluded under the Speedy Trial Act from May 28, 2021, through the date of any newly-scheduled conference. *See* 18 U.S.C. § 3161(h)(7)(A). The Government has conferred with defense counsel, and counsel for all defendants have consented to the adjournment and exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By:       */s/*
Jarrod L. Schaeffer / Elizabeth A. Espinosa
Assistant United States Attorneys
Tel: (212) 637-2270 / 2216

cc: Counsel of Record (via ECF)