**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 12/22/2021

**MEMO ENDORSED**

December 22, 2021

VIA ECF
Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United State Courthouse
40 Foley Square
New York, New York 10007

        RE: *United States v. Thomas Santos*
           *1:20-CR-00481-ER-1*

Honorable Ramos;

  I, Dawn M. Florio, attorney at law, represent Thomas Santos on the above case matter dated for December 22, 2021 @ 10am for a telephonic plea.

  I have tried scheduling an in-person Attorney-Client Meeting with Thomas Santos to go over his case and he has not been available. We have also just found out that he is sick and has been in contact with someone who tested positive, so we will not be able to proceed with the scheduled plea today. I have spoken to AUSA Jarrod Schaeffer and AUSA Elizabeth Espinosa and they have consented to this adjournment for sometime in January. I apologize to the court and all parties for the inconvenience this will cause and exclude time under the Speedy Trial Act until a date has been selected. I am requesting that this application be acknowledged and considered.

  Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.
*Attorney for Thomas Santos*

---

The change of plea hearing will be held on January 26, 2022 at 10 am by telephone. The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted. All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law. Speedy trial time is excluded from December 22, 2022 until January 26, 2022, in the interest of justice.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 12/22/2021
New York, New York