UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA            :
:         1: 21-CR-00481 - 1 (ER)
:
-against-                    :         **ORDER**
:
THOMAS SANTOS,                      :
:
Defendant.               :
------------------------------------------------------------X

Edgardo Ramos, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include the following condition of release:

- *Mental health evaluation and treatment as directed by Pretrial Services*

It is hereby ORDERED that the defendant's Location Monitoring condition (home detention enforced by GPS monitoring - GPS will set exclusionary zones, which shall include the residence in the Bronx where he is alleged to have engaged in narcotics trafficking) is modified as follows:

- Curfew, with hours to be set by Pretrial Services, enforced by GPS monitoring. GPS will set exclusionary zones, which shall include the residence in the Bronx where he is alleged to have engaged in narcotics trafficking.

Dated:   New York, New York
March 11, 2022

_____
Edgardo Ramos
United States District Judge