**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

**MEMO ENDORSED**

June 14, 2022

<u>VIA ECF</u>
Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United State Courthouse
40 Foley Square
New York, New York 10007

> Sentencing is adjourned to July 28, 2022 at 3:30 p.m.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:  6/17/2022
> New York, New York

RE:   *United States v. Thomas Santos*
      <u>1:20-CR-00481-ER-1</u>

Honorable Ramos;

   I, Dawn M. Florio, attorney at law, represent Thomas Santos on the above case matter dated for June 22, 2022 @ 330pm for sentencing.

   I am currently on a 2019 Murder Trial on People v. Dushon Foster in front of Hon. McCarty, which is expected to last 4 weeks. Our Sentencing Memo was due June 8 but we are requesting additional time to complete our Sentencing Memo as well as time for the Government to respond with theirs. I have spoken to AUSA Jarrod Schaeffer and AUSA Elizabeth Espinosa and they have consented to a 30-day adjournment for mid to late July. I apologize to the court and all parties for the inconvenience this will cause and exclude time under the Speedy Trial Act until a date has been selected. I am requesting that this application be acknowledged and considered.

   Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

                                                    Sincerely,

                                                    Dawn M. Florio

                                                    Dawn M. Florio, Esq.
                                                    *Attorney for Thomas Santos*

CC:   All Counsel