**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

**MEMO ENDORSED**

July 19, 2022

<u>VIA ECF</u>
Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United State Courthouse
40 Foley Square
New York, New York 10007

        RE:   *United States v. Thomas Santos*
                <u>*1:20-CR-00481-ER-1*</u>

Honorable Ramos;

    I, Dawn M. Florio, attorney at law, represent Thomas Santos on the above case matter. I was contacted by Mr. Santos that he is getting married on July 21 @ 1030am by the Manhattan City Clerk's Office. Mr. Santos is asking if he can check into the Margaritaville Resort Times Square located at 560 7th Avenue, New York, NY at 3pm on July 20, 2022, to get ready to then head to Maestro Restaurant at 8pm located at 1285 6th Avenue, New York, NY to celebrate their upcoming nuptials with family and close friends. Once they are done, head back to the Hotel to then check out the very next day on the 21st to head to the clerk's office to get married. Mr. Santos curfew is 7pm and as per Pre-trial Services office policy they cannot consent to the travel/overnight request when a defendant is subject to a curfew enforced by location monitoring.

    I have spoken to AUSA Jarrod Schaeffer, and he defers to Pretrial in this matter as well as USPO Marlon Ovalles only granting this request if the court allows it for this one evening. I am requesting that this application be acknowledged and considered and apologize for the last-minute submission.

    Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.
*Attorney for Thomas Santos*

---

The application for a temporary modification of bail is GRANTED.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: __7/20/2022__
New York, New York

CC:   All Counsel